# Court of Appeals
# of the State of Georgia

ATLANTA, May 01, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0188. EVERETT v. NEXTRES LLC et al.

After due consideration, we hereby DENY Sherry Everett's emergency motion for supersedeas and stay pending appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/01/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*